UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 1:21-CV-00264-FDW

| | |
|---|---|
| NICOLE WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, *Acting Commissioner* ) | |
| *of Social Security*,[1] ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees under EAJA, (Doc. No. 14). It appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,475.00, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"), the Court grants Plaintiff's Motion. See 28 U.S.C. § 2412(d).

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney Fees under EAJA, (Doc. No. 14) is GRANTED. Accordingly, the Commissioner of Social Security is ORDERED to pay to Plaintiff the sum of $4,475.00 in attorney fees, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, this case is DISMISSED WITH PREJUDICE. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte Hall, and mailed to her office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Commissioner of Social Security, as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

her right to payment of attorney's fees under the EAJA.  If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

    IT IS SO ORDERED.

Signed: May 4, 2022

Frank D. Whitney
United States District Judge